UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-CR-188 (APM) |
| | : | |
| **DELONTE LIPSCOMBE,** | : | |
| | : | |
| **Defendant,** | : | |

### ORDER

This matter is before the Court on the United States of America's "Motion to Unseal" Good cause having been shown, the Motion is hereby **GRANTED,** and the Clerk of the Court is hereby **ORDERED** to unseal the case and all related filings.

**SO ORDERED**

_____

**HON. AMIT P. MEHTA**
**UNITED STATS DISTRICT JUDGE**